No. 1082. HAWTHORNE v. UNITED STATES. C. A. 4th Cir. Certiorari denied. *Arnold M. Weiner* and *Sanford Jay Rosen* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 1095. DICKENSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Morris Sankary* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Donald I. Bierman* for the United States.

No. 1099. BENSON v. GLADDEN, WARDEN. Sup. Ct. Ore. Certiorari denied. *Howard R. Lonergan* for petitioner. *Robert Y. Thornton,* Attorney General of Oregon, and *Mallory C. Walker,* Assistant Attorney General, for respondent.

No. 1153. FERGER ET AL. v. LOCAL 483, INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL & ORNAMENTAL IRON WORKERS, AFL–CIO. C. A. 3d Cir. Certiorari denied. *John J. Bracken* for petitioners. *Thomas L. Parsonnet* for respondent.

No. 1072. THAYER ET AL. v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Joseph A. Ball* for petitioners.

No. 929, Misc. YOUNG v. SHRIVER, DIRECTOR OF THE OFFICE OF ECONOMIC OPPORTUNITY. C. A. 3d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for respondent.